In the Matter of the Application of JOSEPH P. DOUGHERTY, Petitioner-Respondent, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York and Others, Respondents, for an Order to Invalidate and Declare Null and Void the Designating Petitions Filed with the Board of Elections of the City of New York, in Election Districts 1–24 Inclusive of the 4th Assembly District of the Borough and County of Queens as Candidates for Members of the County Committee for the Democratic Party, County of Queens, and to Restrain the Board of Elections from Certifying Them and Printing Their Names on the Primary Ballot for September 20, 1938. GEORGE EDER, Appellant. — Order reversed on the law, without costs, and motion denied, without costs. There was no competent evidence to sustain the finding of the Special Term as to the invalidity of the petition. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of LENNIE L. GEORGE, Appellant, in re: Primaries to Be Held September 20th, 1938, to Direct the Board of Elections to Strike Out the Designating Petitions of FRED G. MORITT, Respondent, on the Ballot as a Candidate for the Office of Member of the Assembly for the 17th District, Kings County, of the American Labor Party, on the Ground that Such Designating Petitions Are Invalid, Null and Void.— Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.